IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF THE TREASURY OF THE UNITED STATES, and TIM GEITHNER,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 11-06684 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for three months.

　　　**IT IS SO ORDERED.**

Dated: March 20, 2012.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE