IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD JOHNSON,

    Plaintiff,

v.

DEPARTMENT OF THE TREASURY OF THE UNITED STATES, and TIM GEITHNER,

    Defendants.

No. C 11-06684 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for three months.

**IT IS SO ORDERED.**

Dated: March 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE