**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD JOHNSON,

    Plaintiff,

v.

DEPARTMENT OF THE TREASURY OF THE UNITED STATES, and TIM GEITHNER,

    Defendants.

No. C 11-06684 WHA

**ORDER RESETTING CASE MANAGEMENT CONFERENCE**

The case management conference is hereby **RESET** for **APRIL 26, 2012, AT 3:00 P.M.** Plaintiff must attend, as well as a representative for defendant.

**IT IS SO ORDERED.**

Dated: April 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE