IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD JOHNSON,

    Plaintiff,

v.

DEPARTMENT OF THE TREASURY
OF THE UNITED STATES, and
TIM GEITHNER,

    Defendants.
                                        /

No. C 11-06684 WHA

**ORDER RESETTING CASE
MANAGEMENT CONFERENCE**

    The case management conference is hereby **RESET** for **APRIL 26, 2012, AT 3:00 P.M.** Plaintiff must attend, as well as a representative for defendant.

**IT IS SO ORDERED.**

Dated: April 12, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE