IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD JOHNSON, | No. C 11-06684 WHA |
| Plaintiff, | |
| v. | **ORDER RE JOHNSON LETTERS** |
| UNITED STATES DEPARTMENT OF THE TREASURY, and TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury, | |
| Defendants. | |

The Court is in receipt of plaintiff Clifford Johnson's letters dated September 6, 2012 (Dkt. No. 53) and September 9, 2012 (Dkt. No. 54). The letters relate to the September 4 order setting briefing schedule pursuant to our court of appeals' August 13 order remanding the case back to this Court for resolution of the "pending motion for reconsideration."

Plaintiff's letter of September 6 requests that plaintiff be allowed to file an "opening memorandum" to inform the opposition of "which statements on the record substantiate" plaintiff's contentions. Plaintiff's letter of September 9 indicates that the relief plaintiff seeks by the pending motion is an order clarifying the reasoning and legal bases of the June 14 order granting defendants' motion to dismiss.

Plaintiff's barrage of letters addressed to the Court is improper. Further, plaintiff cites no rule that would compel the relief he purports to seek. In the interest of finality and clarity for all parties, it is hereby ordered that plaintiff may file an opening memorandum in support of his

June 28 motion by **SEPTEMBER 24**. Whether or not such memorandum is filed, defendants' opposition to the June 28 motion is due by **OCTOBER 8, 2012**. The reply is due by **OCTOBER 15, 2012**. The hearing, previously set for October 11 is hereby vacated and reset for **NOVEMBER 1, 2012.** No further changes to this briefing schedule will be allowed.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2